**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

---

| | |
|---|---|
| FRANCIS FOWLKES : | |
| : | Civil Action No. 20-17471 |
| Plaintiff, : | |
| : | **JURY TRIAL DEMANDED** |
| : | |
| v. : | |
| : | |
| FRIENDS OF CYRUS, INC.; AND : | |
| : | |
| FRIENDS OF CYRUS II INC. : | |
| : | |
| Defendants. : | |

---

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of Plaintiff, Francis Fowlkes, in the above-captioned matter.

                                               Respectfully submitted,

                                               /s/ *Michael Murphy, Esq.*
                                               Michael Murphy, Esquire
                                               Murphy Law Group, LLC
                                               Eight Penn Center, Suite 2000
                                               1628 John F. Kennedy Blvd.
                                               Philadelphia, PA 19103
                                               TEL: 267-273-1054
                                               FAX: 215-525-0210
                                               *Attorney for Plaintiff*

Dated: December 2, 2020

## **CERTIFICATE OF SERVICE**

I, Michael Murphy, Esquire, hereby certify that on December 2, 2020, I caused a true and correct copy of the foregoing to be filed via ECF filing, which will send notification of such filing to Defendant's counsel.

                                          /s/ *Michael Murphy, Esq.*
                                          Michael Murphy, Esq.

Dated: December 2, 2020