

# MURPHY
## LAW GROUP

*Dedicated to Protecting Employee Rights*

**ATTORNEYS:**

Michael Murphy**
Michael C. Groh***
Benjamin Salvina**
Preeya Bansal**
Morgan Zucker**
Andrew Condiles**
Sarah Manning*

*(Admitted in PA)
**(Admitted in PA & NJ)
***(Admitted in PA, NJ & NY)

April 15, 2021

<u>Via ECF</u>

The Honorable Mark Falk
Chief Magistrate Judge
United States District Court
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

      Re:    Francis Fowlkes v. Friends of Cyrus, Inc., *et al.*
              U.S. District Court, D.N.J.; Case No. 20-cv-17471-WJM-MF

Dear Judge Falk:

    I am counsel for the Plaintiff, Francis Fowlkes, in the above-referenced matter. The purpose of my writing is to inform the Court, in accordance with Local Rule of Civil Procedure 41.1(b), that the parties have reached a settlement of this matter and are in the process of preparing the settlement agreement. Accordingly, the parties respectfully request that the Settlement Conference currently scheduled for April 20, 2021 be canceled.

    Thank you for your time and consideration.

                                      Respectfully submitted,

                                      */s/ Michael Groh*
                                      Michael Groh, Esquire

cc:    Jonathan Hill, Esq. (via ECF notification)



Eight Penn Ctr, Ste. 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
T: 267.273.1054
F: 215.525.0210

www.phillyemploymentlawyer.com