The Law Office of Jonathan E. Hill (Attorney ID 032361988)
52 South Street
Second Floor
Morristown, New Jersey 07960
973-898-1119 (phone)
973-898-1176 (FAX)
Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCIS FOWLKES, | Civil Action No. 20-17471 (WJM) |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| FRIENDS OF CYRUS, INC., and FRIENDS OF CYRUS II, INC., | |
| Defendants. | |

The matter in difference in the above-captioned action, having been amicably adjusted by and between Plaintiff, Francis Fowlkes, and Defendants, it is hereby stipulated and agreed that the same be and hereby is dismissed, with prejudice, and without costs or attorneys' fees to either party.

MURPHY LAW GROUP
Attorneys for Plaintiff

_____
MICHAEL GROH     DATED: 5/20/2021

JONATHAN E. HILL, ESQ.
Attorney for Defendants

_____
JONATHAN E. HILL     DATED: 5/21/2021